133 F.3d 923
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that they are not precedent and generally should not be cited unless relevant to establishing the doctrines of res judicata, collateral estoppel, the law of the case, or if the opinion has persuasive value on a material issue and no published opinion would serve as well.
UNITED STATES of America, Plaintiff-Appellee,
v.
Kevin VETTER, Defendant Third Party Plaintiff-Appellant,
v.
CONSOLIDATED FARM SERVICE AGENCY, formerly known as
Agricultural Stabilization and Conservation Service; United
States Department of Agriculture; The Commodity Credit
Corporation; The Burleigh County Consolidated Farm Service
Office; Scott Stofferan, his predecessor or successor, in
their official capacity, and as individuals; Jean
Schoenhard, her predecessor or successor, in their official
capacity, and as individuals; Marvin Hochhalter, his
predecessor or successor, in their official capacity, and as
individuals; George Hohimer, his prececessor or successor,
in their official capacity, and as individuals; Edwin
McCarty, his predecessor or successor, in their official
capacity, and as individuals, Third Party Defendants-Appellees.
 No. 97-1202.
 United States Court of Appeals, Eighth Circuit.
 Submitted Dec. 11, 1997.
Filed Dec. 18, 1997.
 
 Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
 PER CURIAM.
 
 
 1
 Kevin Vetter appeals from the district court's[1] grant of summary judgment to the United States and its dismissal with prejudice of his counterclaims and third-party cross-claims, as well as from its denial of his postjudgment motion to reconsider, in this action by the United States to recover unearned deficiency payments and interest from him. Having carefully reviewed the record and the parties' submissions, we conclude the district court was correct and an extended discussion is unnecessary. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.
 
 
 
 [1]
 The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota